# United States District Court
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff,* ) | |
| v. ) | Case No.   2:24-mj-00442-JAG |
| AARON AUNG, ) | |
| *Defendant.* ) | |

## CRIMINAL COMPLAINT

I, Special Agent Ethan Hawks, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about May 29, 2024, in the county of Whitman in the Eastern District of Washington, the defendant, AARON AUNG, violated: 18 U.S.C. § 1204 – International Parental Kidnapping. *JAG*

This complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Ethan Hawks, Special Agent, FBI
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date:  July 29, 2024  *JAG*
       ~~July 26, 2024~~

_____
*Judge's signature*

James A. Goeke, United States Magistrate Judge
_____
*Printed name and title*

City and state:  Spokane, Washington