FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2024

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** AARON AUNG    **CASE NO.** 24-MJ-00442-JAG

TOTAL # OF COUNTS: 1    ☐ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1204 | International Parental Kidnapping | CAG up to 36 months, a $250,000 fine, up to 1 year supervised release, a $100 special penalty assessment. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |