1  Vanessa R. Waldref
United States Attorney
2  Eastern District of Washington
Michael J. Ellis
3  Assistant United States Attorney
Rebecca R. Perez
4  Assistant United States Attorney
Post Office Box 1494
5  Spokane, WA 99210-1494
Telephone: (509) 353-2767
6

7
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

8  UNITED STATES OF AMERICA,

9                    Plaintiff,                    Case No.: 2:24-MJ-00442-JAG

10                   v.                            Motion for Detention

11  AARON AUNG,

12                   Defendant.

13

14        The United States moves for pretrial detention of Defendant, pursuant to

15  18 U.S.C. § 3142(e) and (f).

16  A.    18 U.S.C. § 3142(e) and (f)

17        1.    Eligibility of Case

18        This case is eligible for a detention order because the case involves (check

19  one or more):

20        ☒    Felony that involves a minor victim or that involves the possession or

21  use of a firearm or destructive device as those terms are defined in 18 U.S.C.

Motion for Detention - 1

1 § 921, or any other dangerous weapon, or involves a failure to register under

2 18 U.S.C. § 2250;

3      ☒      Serious risk Defendant will flee; or

4      ☒      Serious risk obstruction of justice.

5      2.      <u>Reason for Detention</u>

6 The Court should detain Defendant because there is no condition or

7 combination of conditions which will reasonably assure (check one or both):

8      ☒      Defendant's appearance as required; or

9      ☒      Safety of any other person and the community.

10      3.      <u>Rebuttable Presumption</u>.

11 The United States

12      ☒      will not

13 invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e).

14      4.      <u>Time for Detention Hearing</u>

15 The United States requests that the Court conduct the detention hearing:

16      ☒      After a continuance of three days.

17 B.     <u>No Contact Order</u>

18 The United States further requests, in addition to pretrial confinement, that

19 Defendant be subject to the following condition:

20 Defendant shall have no contact whatsoever, direct or indirect, with any

21 persons Defendant knows or reasonably should know are or may become a victim

Motion for Detention - 2

1  or potential witness in the subject investigation or prosecution.  Prohibited forms of

2  contact include, but are not limited to, telephone, mail, email, text, video, social

3  media, and/or any contact through any third person or parties.

4

5        Dated:  August 1, 2024.

6                                              Vanessa R. Waldref
                                               United States Attorney
7
                                               s/ Michael J. Ellis
8                                              Michael J. Ellis
                                               Rebecca R. Perez
9                                              Assistant United States Attorneys

10

11

12

13

14

15

16

17

18

19

20

21

Motion for Detention - 3

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on August 1, 2024, I electronically filed the foregoing

3   with the Clerk of the Court using the CM/ECF System, which in turn automatically

4   generated a Notice of Electronic Filing (NEF) to all parties in the case who are

5   registered users of the CM/ECF system.

6

7                                                    s/ Michael J. Ellis
                                                     Michael J. Ellis
8                                                    Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

Motion for Detention - 4