AO 442 (11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## For The Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA ) | FILED IN THE |
| ) | U.S. DISTRICT COURT |
| v. ) | EASTERN DISTRICT OF WASHINGTON |
| ) Case No. 2:24-mj-00442-JAG | Aug 05, 2024 |
| AARON AUNG ) | SEAN F. McAVOY, CLERK |
| Defendant ) | |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE HEREBY COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *AARON AUNG,* who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court.

The offense is briefly described as follows:
In violation of Title 18, United States Code, Section(s) 1204.

Date: July 29, 2024

*Issuing officer's signature*

City and state: Spokane, Washington

James A. Goeke, United States Magistrate Judge
*Printed name and title*

### RETURN

This warrant was received on 7/29/24, and the person was arrested on 8/1/24
at (city and state) Spokane, WA
Date: 8/1/24

Arrested within the E/WA
By: FBI
*Arresting officer's signature*
Executed On: 8/1/24
Sign: Reagan L. Schvaney, USMS

*Printed name and title*